| | |
|---|---|
| 1 | BRENDA H. ENTZMINGER |
| | Nevada Bar No. 9800 |
| 2 | RYAN KERBOW |
| | Nevada Bar No. 11403 |
| 3 | **PHILLIPS, SPALLAS & ANGSTADT LLC** |
| | 504 South Ninth Street |
| 4 | Las Vegas, Nevada 89101 |
| 5 | (702) 938-1510 |
| 6 | *Attorneys for Defendant* |
| | *Wal-Mart Stores, Inc.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA STEPHENS, | Case No.: 2:16-cv-00977-JAD-CWH |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC, and DOES 1 through 100; And ROE CORPORATIONS 101 through 200 | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 28 day of September, 2016.

BERNSTEIN & POISSON

Christopher D. Burk, Esq.
320 South Jones Boulevard
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*
*Jessica Stephens*

DATED this 13th day of October, 2016.

PHILLIPS, SPALLAS & ANGSTADT

#12980

Ryan Kerbow, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

The Clerk of Court is instructed to CLOSE this case.

Dated: October 13, 2016.

_____
UNITED STATES DISTRICT JUDGE

- 2 -